UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MOLLOY, MAUREEN

Case No.: 16-29536  
Chapter: 7  
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st Floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __12/13/16__ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
17 Cottage Place, Keansburg, NJ  
Value: $191,755.00

Liens on property:  
Caliber Home Loans - $189,155.00

Amount of equity claimed as exempt: $2,600.00

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee  
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043  
Telephone No.: 856-435-3200

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-29536-KCF
Maureen Molloy                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Nov 15, 2016
                              Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
```
db         +Maureen Molloy,   17 Cottage Place,   Keansburg, NJ 07734-1915
516443825  ++C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
             (address filed with court: T Mobile,   P.O. Box 742596,   Cincinnati, OH 45274-2596)
516443816  +Caliber Home Loans,   POB 24610,   Oklahoma City, OK 73124-0610
516443817  +Credit One Bank, N.A./LVNV Funding,   c/o Stenger & Stenger,   2618 East Paris Avenue SE,
             Grand Rapids, MI 49546-2454
516443818  +First Premier Bank,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
516443820  +Innovative Vascular Health Group,   966 Highway 36,   Hazlet, NJ 07730-1700
516443821  +Kivitz McKeever Lee, PC,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
516443822  +Midland Funding, LLC,   C/O Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516443824  +Monmouth County Special Civil Part,   71 Monument Park,   Freehold, NJ 07728-1747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2016 23:45:16     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2016 23:45:12     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516443815  +E-mail/Text: bankruptcy@certifiedcollection.com Nov 15 2016 23:45:05
             Bayshore Community Hospital,   c/o Certified Credit & Collection Bureau,   P.O. Box 1750,
             Whitehouse Station, NJ 08889-1750
516443819  +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 00:01:09
             HSBC Card Services III, Inc.,   c/o Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
             Norfolk, VA 23502-4952
516443823  +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2016 23:45:11     Midland MCM,
             8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 5
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:
```
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    VOLT 2012-RPL2 Asset Holdings Trust
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John C. Feggeler    on behalf of Debtor Maureen  Molloy feggelerlaw@verizon.net
                                                                                              TOTAL: 4
```