**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Maureen Molloy** | Social Security number or ITIN  **xxx–xx–3414** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **16–29536–KCF** | | |

# Order of Discharge 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maureen Molloy

<u>1/13/17</u>                                              **By the court:**   <u>Kathryn C. Ferguson</u>
                                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-29536-KCF
Maureen Molloy                                                      Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 13, 2017
                              Form ID: 318             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
```
db          +Maureen Molloy,    17 Cottage Place,    Keansburg, NJ 07734-1915
516443816   +Caliber Home Loans,    POB 24610,    Oklahoma City, OK 73124-0610
516443817   +Credit One Bank, N.A./LVNV Funding,    c/o Stenger & Stenger,    2618 East Paris Avenue SE,
              Grand Rapids, MI 49546-2454
516443820   +Innovative Vascular Health Group,    966 Highway 36,    Hazlet, NJ 07730-1700
516443821   +Kivitz McKeever Lee, PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
516443822   +Midland Funding, LLC,    C/O Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516443824   +Monmouth County Special Civil Part,    71 Monument Park,    Freehold, NJ 07728-1747
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2017 23:39:14      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2017 23:39:11      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516443815   +E-mail/Text: bankruptcy@certifiedcollection.com Jan 13 2017 23:39:00
                   Bayshore Community Hospital,    c/o Certified Credit & Collection Bureau,    P.O. Box 1750,
                   Whitehouse Station, NJ 08889-1750
516443825    EDI: AISTMBL.COM Jan 13 2017 23:23:00      T Mobile,   P.O. Box 742596,
                   Cincinnati, OH 45274-2596
516443818   +EDI: AMINFOFP.COM Jan 13 2017 23:23:00      First Premier Bank,    3820 N. Louise Avenue,
                   Sioux Falls, SD 57107-0145
516443819   +EDI: PRA.COM Jan 13 2017 23:23:00      HSBC Card Services III, Inc.,
                   c/o Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
516443823   +EDI: MID8.COM Jan 13 2017 23:23:00      Midland MCM,    8875 Aero Drive, Suite 200,
                   San Diego, CA 92123-2255
                                                                                              TOTAL: 7
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
```
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    VOLT 2012-RPL2 Asset Holdings Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John C. Feggeler    on behalf of Debtor Maureen  Molloy feggelerlaw@verizon.net
                                                                                              TOTAL: 4
```